IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stuembach, Robert F | Case Number: 06 B 13291 |
|---|---|---|
| | Stuembach, Michelle A | Judge: Squires, John H |
| | Printed: 1/22/08 | Filed: 10/17/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: November 7, 2007
Confirmed:   December 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,102.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,601.05 |
| Priority: | | 2,836.68 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 401.38 |
| Other Funds: | | 62.89 |
| Totals: | 8,102.00 | 8,102.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 2,200.00 |
| 2. | Internal Revenue Service | Priority | 2,836.68 | 2,836.68 |
| 3. | RJM Acquisitions LLC | Unsecured | 7.33 | 0.00 |
| 4. | Jefferson Capital | Unsecured | 8,416.33 | 388.81 |
| 5. | Internal Revenue Service | Unsecured | 87.13 | 0.00 |
| 6. | Capital One | Unsecured | 498.64 | 23.01 |
| 7. | U.S. Department Of Education | Unsecured | 12,006.45 | 554.65 |
| 8. | Asset Acceptance | Unsecured | 7,957.76 | 367.62 |
| 9. | Kohl's/Kohl's Dept Stores | Unsecured | 1,034.75 | 47.77 |
| 10. | World Financial Network Nat'l | Unsecured | 181.11 | 0.00 |
| 11. | Collins Receivables | Unsecured | 1,368.97 | 63.21 |
| 12. | Charming Shoppes-Fashion Bug | Unsecured | 185.42 | 0.00 |
| 13. | Condell Acute Care Center | Unsecured | 230.13 | 0.00 |
| 14. | IDES | Unsecured | 695.63 | 32.10 |
| 15. | Resurgence Financial LLC | Unsecured | 2,972.54 | 137.25 |
| 16. | American Express Centurion | Unsecured | 9,806.29 | 453.01 |
| 17. | Debt Recovery Solutions | Unsecured | 242.81 | 0.00 |
| 18. | Consultants In General Surgery | Unsecured | 245.92 | 0.00 |
| 19. | American Express Travel Relate | Unsecured | 10,764.64 | 497.28 |
| 20. | Pier 1 Imports Inc | Unsecured | 112.33 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 786.72 | 36.34 |
| 22. | American Express | Unsecured | | No Claim Filed |
| 23. | Certified Svc. | Unsecured | | No Claim Filed |
| 24. | Armor Systems Co | Unsecured | | No Claim Filed |
| 25. | American Utility Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stuembach, Robert F | Case Number: 06 B 13291 |
|---|---|---|
| | Stuembach, Michelle A | Judge: Squires, John H |
| | Printed: 1/22/08 | Filed: 10/17/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Armor Systems Co | Unsecured | | No Claim Filed |
| 27. | BMG Music Service | Unsecured | | No Claim Filed |
| 28. | Capital Management | Unsecured | | No Claim Filed |
| 29. | Great Lakes Consumer Servies | Unsecured | | No Claim Filed |
| 30. | Certified Svc. | Unsecured | | No Claim Filed |
| 31. | Chicago Tribune | Unsecured | | No Claim Filed |
| 32. | Certified Svc. | Unsecured | | No Claim Filed |
| 33. | Certified Svc. | Unsecured | | No Claim Filed |
| 34. | Certified Svc. | Unsecured | | No Claim Filed |
| 35. | Credit Protection Association | Unsecured | | No Claim Filed |
| 36. | Daily Herald | Unsecured | | No Claim Filed |
| 37. | Geico Direct | Unsecured | | No Claim Filed |
| 38. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 39. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 40. | Jewel Osco | Unsecured | | No Claim Filed |
| 41. | NE Illinois MRI | Unsecured | | No Claim Filed |
| 42. | Jim Mueller MSW, LCSW | Unsecured | | No Claim Filed |
| 43. | Keith S Shindler Ltd | Unsecured | | No Claim Filed |
| 44. | Treiber DDS, Ronald | Unsecured | | No Claim Filed |
| 45. | Noodles And Co | Unsecured | | No Claim Filed |
| 46. | PC Gamer | Unsecured | | No Claim Filed |
| 47. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 48. | Ravinia Associates | Unsecured | | No Claim Filed |
| 49. | Nicor Gas | Unsecured | | No Claim Filed |
| 50. | Ravinia Associates | Unsecured | | No Claim Filed |
| 51. | Rreef Management Co | Unsecured | | No Claim Filed |
| 52. | USAA Federal Savings | Unsecured | | No Claim Filed |
| 53. | Sanjay S Jutla/Allen Gunn | Unsecured | | No Claim Filed |
| 54. | Wal Mart Stores | Unsecured | | No Claim Filed |

$ 62,637.58       $ 7,637.73

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 261.83 |
| 5.4% | 139.55 |
| | $ 401.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

